UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-MJ-02072-JG

UNITED STATES OF AMERICA

vs.

TRE'VON ANTHONY NEAL, *et al*.,,

Defendant.
______________________________________/

## NOTICE OF EXHIBIT FOR CONTINUATION OF DETENTION HEARING

On January 21, 2025, the Court held a pre-trial detention hearing related to Defendant Tre'von Anthony Neal ("Defendant") in the above-captioned matter. The Magistrate Court initially ordered the Defendant detained. The Defendant then requested that the Court consider continuing the detention hearing until January 24, 2025, to permit the Defendant to present additional evidence, rather than enter an Order of Detention. The Magistrate Court granted this request. The Pre-trial Services Report identified that the Defendant previously violated a term of supervision. *See* PTS Report at 3. On January 23, 2025, the government received the violation packet related to this violation, which is attached to this Notice as Government's Exhibit 1. The government intends to offer Government's Exhibit 1 into evidence at the continuation of the Pre-Trail Detention Hearing.

Respectfully submitted,

MICHAEL S. DAVIS
ACTING UNITED STATES ATTORNEY

By: */s/ Lauren A. Astigarraga*
Lauren A. Astigarraga
Assistant United States Attorney
FL Bar No. 0119473
99 N.E. 4th Street, Suite 600
Miami, FL 33132
Telephone (305) 961-9105
Lauren.Astigarraga@usdoj.gov