AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 25-MJ-02072-JG
EXHIBIT NO. 1

# Probation Warrant

Name: TREVON ANTHONY NEAL

Last Known Address: [redacted]OCALA, FL 34475

DOB: 2004-[redacted] Race: B Sex: M

Eyes: BRO Hair: BLK Weight: 180 Height: 511

SSN: [redacted]

Drivers License: FL-[redacted]

Last Known Employer: Lee's Chicken

Contacts:
D[redacted] 352[redacted]



Received this Warrant on _______ day of ______________________ 20____ and executed same

on ______ day of __________________, 20____ by arresting the within named defendant,

_________________________________ and having him/her before the

Court ___________________________ By __________________________

STATE OF FLORIDA
vs.
TREVON ANTHONY NEAL
Defendant

Date:06/02/2024
IN THE COUNTY COURT FOR MARION COUNTY, FLORIDA
CASE NO: 42-2024-MM-000718

Probation Officer:
Brenda James

# WARRANT
## VIOLATION OF PROBATION

In the name of the State of Florida, To all and singular the Officers and Sheriffs of the State of Florida:

WHEREAS, Probation Officer, Brenda James, who has this day made oath before Notary Public, that the Defendant, TREVON ANTHONY NEAL, was placed on Probation for a term of 6 months for the offense(s) of Possession of Cannabis Less Than 20 Grams, and has violated the conditions of Probation in a material respect by:

The Defendant screened positive for Marijuana on 5/1/2024.
The Defendant failed to complete random screens on 4/18/2024, 4/30/2024 and 5/15/2024.

THEREFORE, to command you to arrest the Defendant, TREVON ANTHONY NEAL , and bring his before me to be dealt with according to law.

GIVEN UNDER my hand and seal this _____ day of ________________, 20___ A.D.

_______________________________
Judge, Thomas P. Thompson, III

**Description:**
[redacted]
OCALA, FL 34475
Race: B Sex: M Hgt: 511
Wgt: 180 Hair: BLK Eyes: BRO

Bond:

**PROFESSIONAL PROBATION SERVICES, INC.**
**1515 E. SILVER SPRINGS BLVD., UNIT 227**
**OCALA, FL 34470**

## VIOLATION OF PROBATION REPORT

Date: June 2, 2024

| | | | |
|---|---|---|---|
| To: | Honorable Thomas P Thompson III | From: | Brenda James |
| Name: | Trevon Anthony Neal | File #: | 743915 |
| Case #: | 42-2024-MM-000718 | Term Date: | 9/20/2024 |

### CURRENT CASE INFORMATION

| | | | |
|---|---|---|---|
| Date of Sentence: | 3/21/2024 | Offense(s): | I. Possession of Cannabis Less Than 20 Grams |
| Length of Sentence: | 6 Months | Plea/Adj.: | ☒ Adjudication Withheld / ☐ Adjudicated |

### TYPE OF VIOLATION

☐ New Arrest ☒ Positive Screen ☒ Non-Compliance ☐ Absconded

### DEFENDANT'S CURRENT LOCATION

| | | | |
|---|---|---|---|
| **If New Arrest Defendant In Custody** | ☐ Yes ☒ No | **Home Address** | [redacted] Ocala, FL 34475 |
| **Location/Facility** | | **Home Phone** | 352-[redacted] |

### NARRATIVE

**HOW VIOLATION OCCURRED (give facts):**

**Defendant screened positive for Marijuana on 5/1/2024. Defendant states he has a prescription for Medical Marijuana but has failed to provide a valid prescription to date.**

**Defendant failed to complete random screens on 4/18/2024, 4/30/2024 and 5/15/2024.**

**Defendant owes $165.00 Cost of Supervision Fees.**

**DEFENDANT'S STATEMENT:** ☐ **Admits** ☐ **Denies** ☒ **Not available at this time**

**PRIOR VIOLATION:** ☐ **YES** ☒ **NO**
**Date Previously Violated:** **Date Sentenced on VOP:**
**Court's VOP disposition:** ☐ **VOP Dismissed** ☐ **Reinstate** ☐ **New Term of** **months**

**EMPLOYMENT:** ☒ **EMPLOYED** ☐ **RETIRED** ☐ **DISABLED** ☐ **STUDENT** ☐ **UNEMPLOYED**

**FINANCIAL OBLIGATIONS:**

| Condition | Ordered | Completed | Not Completed |
|---|---|---|---|
| Fine and Court Costs | $453.50 | $0.00 | $453.50 |
| Cost of Supervision | $165.00 | $0.00 | $165.00 |
| Random Screens | $25.00 | $0.00 | $25.00 |
| TOTALS: | $643.50 | $0.00 | $643.50 |

**NON-MONETARY OBLIGATIONS:**

| Condition | Ordered | Completed | Not Completed |
|---|---|---|---|
| 40 Hours Community Service | Yes | No | 40 Hours Community Service |

**PROBATION OFFICER'S REPORT:**
Revoke Probation

B. James

Brenda James
Probation Officer

DATE **June 2, 2024** CASE NO. **42-2024-MM-000718**

PROFESSIONAL PROBATION SERVICES, INC.
1515 E. SILVER SPRINGS BLVD., UNIT 227
OCALA, FL 34470

AFFIDAVIT
VIOLATION OF PROBATION

Before me this day personally appeared **Brenda James** Who, being first duly sworn says that **Trevon Anthony Neal** thereinafter referred to as the probationer, was on the **21st** day of **March** A.D. 2024, placed on probation for the offense of **I. Possession of Cannabis Less Than 20 Grams** in the County Court in Marion County, for a term of **Six (6)** months in accordance with the provision of Chapter 948, Florida Statutes. Affiant further states that the probationer has not properly conducted himself, but has violated the conditions of his probation in a material respect by failing to comply with the following:

VIOLATION OF CONDITION(3):
You will not use any drugs or narcotics unless prescribed by a licensed physician, or visit places where alcoholic beverages or drugs are sold or used unlawfully, nor will you use alcoholic beverages to excess. **Defendant screened positive for Marijuana on 5/1/2024. Defendant states he has a prescription for Medical Marijuana but has failed to provide a valid prescription to date.**

VIOLATION OF CONDITION(8):
You will pay fifty-five dollars ($55.00) per month to cover the cost of supervision and rehabilitation beginning on the date of this court order. The cost of supervision is required by Florida Statute 948.09 and will be complied with. **Defendant owes $165.00 Cost of Supervision Fees.**

VIOLATION OF CONDITION(10):
You will submit to random drug screens at your own expense. **Defendant failed to complete random screens on 4/18/2024, 4/30/2024 and 5/15/2024.**

VIOLATION OF CONDITION(11):
Defendant may not possess or consume illegal substances or medication without a valid prescription. **Defendant screened positive for Marijuana on 5/1/2024. Defendant states he has a prescription for Medical Marijuana but has failed to provide a valid prescription to date.**

Sworn to and subscribed before me this

3rd day of June, A.D. 20 24

[signature]
PROBATION OFFICER

[signature]
NOTARY PUBLIC

JOSHUA FAIRBROTHER
MY COMMISSION # HH 172101
EXPIRES: September 1, 2025
Bonded Thru Notary Public Underwriters

(Print, Type or Stamp Commissioned Name of Notary Public)

ORIGINAL: Clerk of Court
COPIES: State Attorney
Sheriff's Dept.

Personally Known ✓