**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-20031-CR-ALTONAGA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**EVAN PUCKETT,**

**Defendant.**

**__________________________________/**

**OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

Comes now, the defendant, EVAN PUCKETT, and hereby objects to the following portions of the presentence investigation report (PSI).

1. **Paragraph 37, page 10, Role Assessment.** The defendant hereby objects to being labeled as an organizer, leader, manager, or supervisor under § 3B1.1(c). Probation applied this enhancement due to Mr. Puckett having recruited the co-defendants into the conspiracy. However, in deciding whether a defendant is an "organizer" or a "leader," there are seven factors the court should consider: (1) exercising decision-making authority; (2) the nature of the participation in the commission of the offense; (3) the recruitment of accomplices; (4) the claimed right to a larger share of the fruits of the crime; (5) the degree of participation in planning or organizing the offense; (6) the nature and scope of the illegal activity; and (7) the degrees of control and authority exercised over others. *United States v. Martinez*, 584 F.3d 1022, 1026

(11th Cir. 2009); *United States v. Jennings*, 599 F.3d 1241, 1253 (11th Cir. 2010).

Although Mr. Puckett did recruit the other charged co-conspirators, given the totality of the circumstances, the facts do not rise to the level of applying an aggravating role enhancement. Specifically, Jack, Dot and Tim had decision making authority in the conspiracy, not Mr. Puckett. Mr. Puckett's participation in the commission of the offense was as a perpetrator of the robbery and not as one of the organizers or leaders. Mr. Puckett was to receive the same share of the proceeds as the other three charged co-defendants. Mr. Puckett was not involved during the planning stages of the robbery, rather Jack, Dot and Tim played those roles. Lastly, Mr. Puckett did not have authority or control over the actions of his co-defendants or the other unindicted co-conspirators.

Respectfully submitted,

**HECTOR A. DOPICO**
**FEDERAL PUBLIC DEFENDER**

By: *_/s/ Christian Dunham___________*
Assistant Federal Public Defender
Florida Bar No.: 146587
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 533-4177
E-mail: christian_dunham@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 2, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

*/s/ Christian Dunham*