IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 25-cr-20031-CMA

UNITED STATES OF AMERICA,

vs.

AARON HAMMOND,

Defendant.
_______________________________/

**DEFENDANT AARON HAMMON**

**DEFENSE'S EXHIBIT LIST**

| **Exhibit** | | | | | **Description** |
|---|---|---|---|---|---|
| **A** | | | | | Marion County School records |
| **B** | | | | | Florida Neuropsychology |
| **C** | | | | | SMA Records |
| **D** | | | | | Dr. Cunliffe Evaluation |
| **E** | | | | | Dr. Cunliffe CV |
| **F** | | | | | Dr. Buigas Evaluation |
| **G** | | | | | Letter from Aaron Hammon |
| **H** | | | | | Letter from Debbie Hammon |
| | | | | | |
| | | | | | |