**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-20031-CR-ALTONAGA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**EVAN PUCKETT,**

**Defendant.**

**______________________________________/**

**SENTENCING MEMORANDUM**

Comes now, the defendant, EVAN PUCKETT, hereby files this sentencing memorandum requesting for this Honorable Court to sentence him below the advisory sentencing guideline range. Given the totality of the circumstances and after reviewing this memorandum, the psychological evaluation by Dr. DiTomasso (submitted under seal), the letters in support of sentencing, and the Presentence Investigation Report (PSI), this Court should vary downward and sentence Mr. Puckett to between 18 and 30 months in federal prison.

On or about January 13, 2025, Mr. Puckett arrived at FDC-Miami as an 18-year-old drug addict who had lost his way in the world. After six

months of incarceration, Mr. Puckett is a changed man. First, he is now living a clean and sober life without the use of narcotics or alcohol. Second, he has had time to reflect on his familial relationships, and he has taken steps to mend these relationships and re-enter family life. In addition, Mr. Puckett understands the need to enter into and successfully complete both substance abuse and mental health treatment. Although cliché and overused, in this case Mr. Puckett has really been scared straight.

A sentence below the advisory sentencing guidelines would still reflect the seriousness of the offense, promote respect for the law, and provide just punishment. Mr. Puckett showed exceptional respect for the law by accepting responsibility early in the case, providing a post-Miranda statement to law enforcement, and debriefing with the government. As someone who is extremely small in stature (5'6 height and 120 pounds weight), residing in FDC-Miami with grown men has placed Mr. Puckett in constant fear of being physically and mentally abused. Due to his youth and small stature, these past six months of incarceration have served as just punishment. Lengthy incarceration for

Mr. Puckett is unnecessary and will be counterproductive. Once released Mr. Puckett has no intention of ever being incarcerated again. Rather, Mr. Puckett intends to work with his parents in their horse training business, continue his education by obtaining his GED, seek substance abuse treatment, seek mental health counseling, and spend quality time with his family.

In conclusion, this now 19-year-old young man intends to succeed and has a plan to accomplish his goals. Accordingly, this Honorable Court should vary downward from the advisory sentencing guideline range and sentence him to between 18 and 30 months in prison followed by supervised release.

Respectfully submitted,

**HECTOR A. DOPICO**
**FEDERAL PUBLIC DEFENDER**

By: *_/s/ Christian Dunham*___________
Assistant Federal Public Defender
Florida Bar No.: 146587
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 533-4177
E-mail: christian_dunham@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

*/s/ Christian Dunham*